UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT E PERDUE,

      Plaintiff,

    v.

SECRETARY US DEPARTMENT
OF VETERANS AFFAIRS,
DEPUTY CHIEF EMS CRAIG
EMMANUEL, CHIEF OF EMS
JEFF SOLIS, DIRECTOR OFFICE
BRIAN DYER, HR CHIEF VISN
JESSICA GARRETT, SHAWN
DAVIS, MARI MONROE,
MELANIE CHAMBERS, TERENCE
COLEY, ANGELIA HIGGINS,
TABITHA GORDON,

      Defendants,

Case No. 5:26-cv-140-KCD-PRL

## **ORDER**

Before the Court is United States Magistrate Judge Philip R. Lammens' Report and Recommendation ("R&R"). (Doc. 7.) Judge Lammens recommends that Plaintiff's motion to proceed in forma pauperis (Doc. 2) be denied and his complaint dismissed. Plaintiff did not object, and the time to do so passed.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g., Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED**:

1. The Report and Recommendation (Doc. 7) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** and the complaint (Doc. 1) is **DISMISSED**.

3. The Clerk is **DIRECTED** to enter judgment accordingly, deny any pending motions as moot, terminate any deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on May 27, 2026.

Kyle C. Dudek
United States District Judge